RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:      (702) 839-1100
Facsimile:       (702) 839-1113
***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No:  2:23-cv-00859-CDS-BNW<br><br>**[PROPOSED]  DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LOCAL RULES 26-1(e)**<br><br>**[SPECIAL SCHEDULING REVIEW REQUESTED]** |

Pursuant to the Court's Local Rule 26-1(d), Plaintiff Hernandez by and through his counsel of record, TRAYSEN TURNER, ESQ., of the Paul Powell Law Firm, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "State Farm"), by and through their counsel JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, submit their stipulated Discovery Plan and Scheduling Order.

**I.      The 26(f)/LR 26-1 Conference and Discovery Plan**

1.      There are no changes to be made in the timing, form, or requirement for disclosures under Rule 26(a).  On July 19, 2023, counsel for the parties met and conferred as required by Fed. R. Civ. P. 26(f) and LR 26-1(d).  Plaintiffs and Defendant agreed to have their respective FRCP Productions submitted within 14 days of the Conference.

2. Discovery will be conducted on liability, damages, contractual claims and defenses, extra-contractual claims and defenses and other topics permissible under Rule 26(A). The parties agree that discovery need not be conducted in phases focused on any particular issues.

3. There are no concerns, at this juncture, regarding the production of electronically stored discovery.

4. There are no concerns, at this juncture, regarding the claim of privilege or necessity for protective orders.

5. The parties do not anticipate any potential limitations to be imposed on discovery.

6. Estimated time for trial: five (5) full trial days.

7. The parties agreed that there is no need for orders, at this juncture, to be issued under Rule 26(c) or Rule 16(b) and (c), although the parties reserve the right to seek such orders as discovery continues.

8. Alternate Dispute Resolution: The parties conferred about the possibility of using alternative dispute-resolution processes and at this time have not come to any agreement regarding the same.

9. Alternate Forms of Case Disposition: The parties do not consent to trial by a magistrate judge under 28 U.S.C. §636 (c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

10. Electronic Evidence. The parties do not intend to present evidence in electronic format to jurors for the purpose of jury deliberations at this time.

**II.    The Scheduling Order**

1. Defendants filed their Petition for Removal on June 1, 2023. 240 days will be needed for discovery. The parties hereby request an expanded discovery period not only so that following receipt of executed authorizations for the release of Plaintiff's relevant pre and post-accident medical treatment records and bills, Defendant is able to obtain Plaintiff's medical records and bills, as well as complete a review and evaluation of Plaintiff's claims in connection with this matter, and potential allegation of need for future care, but due to the questions and

information sought regarding the extra-contractual allegations pending against State Farm at issue in this case, and which further justify an expanded discovery period as respectfully requested herein.

In addition, once records and bills are obtained from numerous providers, further time is necessary in order for the parties to provide experts with relevant records for expert review and evaluation, including pre-accident records and regarding prior medical conditions, followed by an independent medical examination of potentially Plaintiff, by Defendant's expert[s].

2. Discovery Cut Off Date: The discovery cut-off deadline will be Friday, January 26, 2024, which is 240 days[1] after Defendants filed their Notice of Removal.

3. Amending the Pleadings and Adding Parties: The last date for filing motions to amend the pleadings or add parties shall not be later than 90 days prior to the close of discovery. In this action, the last date for filing motions to amend the pleadings or add parties shall be Friday, October 27, 2023.[2]

4. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts): The last date for disclosure of expert witnesses shall be 60 days before the discovery cut-off date. In this action, the last date for disclosure of experts shall be November 27, 2023. Disclosures with respect to rebuttal experts shall be made 30 days after the initial disclosures or experts, or by December 27, 2023.

5. Dispositive Motions: The last date for filing dispositive motions shall not be later than 30 days after the discovery cut-off. In this action, the last date for filing dispositive motions will be Monday, February 26, 2024.[3]

. . .

. . .

. . .

---

[1] 240 days after the Removal Petition would be on Saturday, January 27, 2024, as such the deadline will be set for the prior judicial day, which is Friday, January 26, 2024.

[2] 90 days prior to the discovery deadline is Saturday, October 28, 2023, as such the deadline will be set for the next judicial day, which is Friday, October 27, 2023.

[3] 30 days after the discovery deadline is Sunday, February 25, 2024, as such the deadline will be set for the next judicial day, which is Monday, February 26, 2024.

1  6. Pre-Trial Order: The joint pre-trial order shall be filed no later than 30 days after the date set for filing dispositive motions. In this action, the joint pre-trial order shall be filed on or before Wednesday, March 27, 2024. In the event dispositive motions are filed, the date for filing the joint pre-trial order shall be suspended 30 days after decision of the dispositive motion or further order of the Court.

7. Fed. R. Civ. P. 26(a)(3) Disclosures: The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pre-trial order.

8. Any request to extend the dates set forth in this Discovery Plan and Scheduling Order shall be submitted to the Court not later than 21 days before the expiration of the subject deadline sought to be extended.

**INTITIAL DISCLOSURES AND DISCOVERY**

Initial Disclosures shall be made on or before August 2, 2023. Objections to Initial Disclosures will be filed within ten days after the submission of the Joint Discovery Plan and Scheduling Order, if any. (Fed. R. Civ. P. 26(f)(3)(A)).

The parties anticipate conducting written discovery and depositions on all issues allowed under the Federal Rules of Civil Procedure. (Fed. R. Civ. P. 26(f)(3)(B)).

The parties hereto will submit a stipulated protective order and confidentiality agreement to be filed with the Court prior to the disclosure of Defendant's materials regarding Plaintiff's contractual and extra-contractual claims against Defendant. (Fed. R. Civ. P. 26(f)(3)(D)).

There are currently no issues which parties are aware of regarding discovery of electronically stored information or claims of privilege/protection of trial preparation materials. (Fed. R. Civ. P. 26(f)(3)(C-D)).

. . .

. . .

. . .

. . .

. . .

. . .

4

There are currently no changes which should be made in the limitations on discovery imposed by the Federal or Local Rules of practice and no additional orders that this Court should issue at this time. (Fed. R. Civ. P. 26(f)(3)(E-F)).

DATED:     8-2-2-2023                      DATED:     8-2-2023

**THE PAUL POWELL LAW FIRM**              **DENNETT WINSPEAR, LLP**

By    /s/    *Trayson Turner*             By    /s/    *Jennifer Insley Micheri*
TRAYSEN TURNER, ESQ.                      JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 16017                      Nevada Bar No. 10089
8918 Spanish Ridge Ave., Suite 100        3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89148                   Las Vegas, Nevada 89129
Telephone: 702-728-5500                   Telephone: 702-839-1100
*Attorneys for Plaintiff,*                *Attorneys for Defendant, State Farm*
*Hector Hernandez*                        *Fire and Casualty Insurance Company*

**ORDER**

IT IS SO ORDERED.

DATED: August 3, 2023

_____
U.S. MAGISTRATE JUDGE

5