Paul D. Powell (7488)
Elizabeth A. Turner (16332)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | eturner@tplf.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HECTOR HERNANDEZ, an individual,

          Plaintiff,

   vs.

STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, and ROE CORPORATIONS I-X, inclusive,

          Defendant.

Case No.  2:23-00859-CDS-BNW

## STIPULATION AND ORDER TO EXTEND DISCOVERY

The parties stipulate that the current discovery dates in this matter be continued sixty (60) days for the reasons set forth below.

This is the parties' second request to extend discovery dates.

In support of this stipulation and request, the parties state as follows:

### A. DISCOVERY THAT HAS BEEN COMPLETED

1. On July 27, 2023, Plaintiff served initial disclosures pursuant to NRCP 16.1;

2. On November 3, 2023, Plaintiff served first supplemental disclosures pursuant to NRCP 16.1;

3. On August 23, 2023 Defendant provided initial disclosures along with exhibits pursuant to NRCP 16.1;

4. On September 8, 2023, Defendant served first set of requests for set of interrogatories to Plaintiff. Plaintiff served an answer to these requests on October 9, 2023.

5. On September 8, 2023, Defendant served first set of requests for production of documents to Plaintiff. Plaintiff served an answer to these requests on October 9, 2023.

6. On November 21, 2023 the deposition of Hector Hernandez was taken by the Defendant.

7. Independent Medical Examination of Plaintiff taken on November 29, 2023.

## B. DISCOVERY REMAINING:

1. Deposition of defendant;

2. Deposition of Officer Chad Betts;

3. Plaintiff's initial expert disclosures;

4. The parties rebuttal expert disclosures;

5. Depositions of the parties' lay witnesses;

6. Depositions of the parties' expert witnesses; and

7. Any other potential depositions or written discovery which may become necessary as discovery continues.

## C. REASONS REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME SET BY PRIOR DISCOVERY PLAN:

The parties have diligently engaged in discovery in this matter. In particular, the parties have been working to compile and exchange a comprehensive claims file. However, as this process has taken more time than previously expected, an extension is now required. This will allow for the thorough assessment of the matter by the Plaintiff's experts, who will need additional time to review the newly acquired materials.

As such, the parties believe that an extension of the current discovery deadlines is necessary to complete the remaining discovery. Good cause exists for the extension because the parties' experts require additional time to review the relevant records and prepare their reports. Thus, a continuance of the current discovery deadlines is necessary.

No party will be prejudiced by the extension, and the requested extension is made in good faith and not for purposes of delay. Based on the foregoing, the parties respectfully request that the

Court grant their joint request to extend the discovery deadlines by 60 days and to re-set the current trial date, in accordance with the requested amended discovery deadlines. This is a second request for an extension, and the parties are optimistic that further extensions will not be required.

**D.** **PROPOSED SCHEDULE FOR COMPLETION OF DISCOVERY**

**Current Discovery Deadlines:**

| | |
|---|---|
| Last day to amend pleadings and add parties | December 27, 2023 |
| Last day to disclose initial experts: | January 26, 2024 |
| Last day to disclose rebuttal experts: | February 26, 2024 |
| Close of Discovery: | March 26, 2024 |
| Last day to file Dispositive Motions: | April 25, 2024 |
| Joint Pre-trial Order | May 24, 2024 |

**Proposed Discovery Deadlines:**

| | |
|---|---|
| Last day to amend pleadings and add parties | Closed |
| Last day to disclose initial experts: | March 26, 2024 |
| Last day to disclose rebuttal experts: | April 26, 2024 |
| Close of Discovery: | May 27, 2024 |
| Last day to file Dispositive Motions: | June 24, 2024 |
| Joint Pre-trial Order: | July 24, 2024 |

. . .

### E.  CURRENT TRIAL DATE

A trial date is not currently set for this case.

**IT IS SO STIPULATED**.

Dated January 23, 2024.                    Dated January 23, 2024.

**THE POWELL LAW FIRM**                **JENNIFER INSLEY MICHERI**


By: /s/ Elizabeth A. Turner              By: /s/ Jennifer Insley Micheri
Paul D. Powell (7488)                    Jennifer Insley Micheri (10089)
Elizabeth A. Turner (16332)              Attorneys for Defendant
Attorneys for Plaintiff


### ORDER

IT IS HEREBY ORDERED that the discovery deadline dates be extended as set forth above.




_____
United States Magistrate Judge

DATED: 1/25/2024

- 4 -