RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant, State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR HERNANDEZ, an individual,<br><br>Plaintiff<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | Case No:  2:23-cv-00859-CDS-BNW<br><br>**Order Approving STIPULATION TO WITHDRAW AND STRIKE FROM THE RECORD SOLELY  EXs. A [DOC 29-1], B [DOC 29-2], AND G [DOC 29-7], TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DOC 29]** |

IT IS HEREBY STIPULATED AND AGREED, by and between David J. Feldman, Esq., of The Feldman Firm, and Traysen Turner, Esq., of The Paul Powell Law Firm attorneys for Plaintiff, Hector Hernandez, and Jennifer Insley Micheri, Esq., of the law firm Dennett Winspear, LLP, attorneys for Defendant State Farm Mutual Automobile Insurance Co., to Withdraw and Strike from the Record Ex A [DOC 29-1], B [DOC 29-2], and G [DOC 29-7], attached to Defendant's Motion for Summary Judgment [DOC 29], filed August 23, 2024:

On August 23, 2024, Defendant filed and served its Motion for Summary Judgment [DOC 29] and an Exs. A [DOC 29-1], B [DOC 29-2] and G [DOC 29-7] to the Motion [DOC 29] were incorrectly attached.  The incorrect attachment(s) contained sensitive and personal information of, which was a clerical error by Defendants counsel's office, and the parties hereto stipulate and agree for that Exs. A [DOC 29-1], B [DOC 29-2] and G DOC 29-7], to the original Motion [DOC 29] be withdrawn and stricken from the record.

1. Specifically, Plaintiff's counsel advised recently regarding the inadvertent and incorrect attachment(s) to Defendant's Motion [DOC 29], and agreed it should be withdrawn and stricken from the record as it was incorrectly attached.

2. On September 6, 2024, Defendant served its Errata to Defendant's Motion for Summary Judgment [DOC 30], in order to provide the Honorable Court with a copy of the corrected Exs. A [DOC 29-1], B [DOC 29-2] and G [DOC 29-7], for review in connection with the Motion [DOC 29].

3. The Parties hereto agree for Exs. A [DOC 29-1], B [DOC 29-2] and G [DOC 29-7] to Defendant's Motion for Summary Judgment [DOC 29] filed August 23, 2024 be withdrawn and stricken from the record.  The Motion for Summary Judgment [DOC 29] shall otherwise remain for determination by the Court.

IT IS SO STIPULATED.

Respectfully submitted:

| | |
|---|---|
| DATED: September 5, 2024 | DATED: September 5, 2024 |
| **THE PAUL POWELL LAW FIRM** | **DENNETT WINSPEAR, LLP** |
| By  */s/ Traysen Turner* <br> TRAYSEN TURNER, ESQ. <br> Nevada Bar No. 16017 <br> 8918 Spanish Ridge Ave., Suite 100 <br> Las Vegas, Nevada  89148 <br> Telephone:  702-728-5500 <br> *Attorneys for Plaintiff,* <br> *Hector Hernandez* | By  */s/ Jennifer Insley Micheri* <br> JENNIFER INSLEY MICHERI, ESQ. <br> Nevada Bar No. 10089 <br> 3301 N. Buffalo Drive, Suite 195 <br> Las Vegas, Nevada 89129 <br> Telephone:  702-839-1100 <br> *Attorneys for Defendant, State Farm* <br> *Fire and Casualty Insurance Company* |

DATED: September 4, 2024

**THE FELDMAN FIRM**

By: /s/ Rachel Holzer
RACHEL HOLZER, ESQ.
Nevada Bar No. 011604
8831 West Sahara Ave
Las Vegas, Nevada 89117
Telephone: 702 949-5096
**Attorneys for Plaintiff,
Hector Hernandez**

## ORDER

Based on the foregoing stipulation, Exhibits A [DOC 29-1], B [DOC 29- 2], and G [DOC 29-7] attached to defendant's Motion for Summary Judgment are withdrawn and STRICKEN as set forth above.

DATED: September 16, 2024

_____
U.S. DISTRICT JUDGE