RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant, State Farm*
*Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR HERNANDEZ,<br><br>               Plaintiff<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>               Defendant | Case No:   2:23-cv-00859-CDS-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED by and between TREYSON N. TURNER, ESQ., of the law firm of THE PAUL POWELL FIRM, attorneys for Plaintiff, HECTOR HERNANDEZ and JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that the within

…

…

…

…

…

…

1  matter be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

3  DATED this 24th day of April, 2025.   DATED this 24th day of April, 2025.

**THE PAUL POWELL FIRM**   **DENNETT WINSPEAR, LLP**

By___*/s/ Trayson N. Turner*___   By___*/s/ Jennifer Insley Micheri*___
TRAYSEN N. TURNER, ESQ.   JENNIFER INSEY MICHERI, ESQ.
Nevada Bar No. 16017   Nevada Bar No. 10089
8918 Spanish Ridge Avenue #100   3301 N. Buffalo Drive, Suite 195
Henderson, Nevada 89148   Las Vegas, Nevada 89129
**Attorneys for Plaintiff,**   Telephone :(702) 839-1100
**Hector Hernandez**   Facsimile: (702) 839-1113
**Attorneys for Defendant, State Farm**
**Mutual Automobile Insurance Company**

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: May 1, 2025

_____
United States District Judge

Submitted by:

**DENNETT WINSPEAR, LLP**

    */s/Jennifer Insley Micheri*
By_____
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: 702-839-1100
**Attorneys for Defendant, State Farm**
**Mutual Automobile Insurance Company**

2